**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL LEE WALKER** **PLAINTIFF**

**V.** **No. 3:26-CV-00064-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner** **DEFENDANT**

**JUDGMENT**

Consistent with today's Order, this case is DISMISSED with prejudice. Judgment is entered in favor of Defendant.

Dated 23 October 2026.

UNITED STATES MAGISTRATE JUDGE